IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALBERT NEVES,

:

Plaintiff,

Case No. 3:07-cv-144

District Judge Walter Herbert Rice
Chief Magistrate Judge Michael R. Merz

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 7, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant Commissioner's decision that the Plaintiff was not disabled prior to March 26, 2006, be, and it hereby is, affirmed.

January 10, 2008.

Walter Herbert Rice
United States District Judge